186 P.3d 163

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Carlisle v. One (1) Boat .......... 26995 | 06/26/2008 | Granted | 118 Hawai'i 107, 185 P.3d 855 |
| Gillan v. Government Employees Ins. Co........................ 28075 | 06/23/2008 | Granted | 117 Hawai'i 465, 184 P.3d 780 |